371 A.2d 1290
**COMMONWEALTH of Pennsylvania**
**v.**
**Efrain SANTOS, Appellant.**

Supreme Court of Pennsylvania.

Submitted Nov. 16, 1976.

Decided April 28, 1977.

John R. Merrick, Public Defender, Richard E. Moose, Asst. Public Defender, Alan Paul Novak, West Chester, for appellant.

Larry Elliot Jones, West Grove, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

## OPINION

PER CURIAM.

Judgment of sentence affirmed.

JONES, former C. J., did not participate in the decision of this case.

MANDERINO, J., dissents.